United States District Court
Southern District of Texas
FILED

APR - 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SHANE WILSON AND OTHERS SIMILARLY SITUATED | * * * |
| vs | * C.A. NO. B-03-066 |
| CAMERON COUNTY | * |

### PLAINTIFF'S ORIGINAL COMPLAINT
### AND APPLICATION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiffs, SHANE WILSON and others similarly situated complaining of Defendant, CAMERON COUNTY and for cause of action would show the following:

I.

Plaintiffs are registered voters who reside in Texas and entitled to vote in the Special Election for the State Representative District 43 for the State of Texas. Suit is filed pursuant to the Voting Rights Act of 1965, United States Code.

II

Plaintiffs are individuals residing in South Padre Island, Cameron County, Texas.

Defendant, Cameron County may be served by serving the County Judge Gilberto Hinojosa at 964 E. Harrison, Brownsville, Texas.

III.

Plaintiffs are residents of South Padre Island, Texas. On the 7th day of April, 2003, there commences early voting for the election of State Representative for the State of Texas, District 43. Such district encompasses the residence of the Plaintiffs. Plaintiffs have always had a polling place to vote at within their precinct on or within a few miles of South Padre Island,

Texas. Plaintiff has learned that the Defendant, Elections Administrator has decided and does not intend to have a place to vote at South Padre Island, Texas nor Port Isabel, Texas. The closest and only voting location will be located more than 30 miles away in Harlingen, Texas. Such action to close the local voting place was done without notice and will effectively dilute my rights and others similarly situated who reside in and vote in South Padre Island, Texas.

### III

Plaintiff requests that the Court issue a Mandatory Injunction directing the defendants to establish a voting booth on South Padre Island, Texas for this Special Election.

Plaintiff further requests that the court enter an Injunction enjoining the Defendants from removing the voting stations which have been used for state elections for many years.

Wherefore Plaintiff prays the Court grant the Injunctive relief requested and for any and all other relief at equity they are entitled to.

RESPECTFULLY SUBMITTED

ALBERT VILLEGAS
1324 EAST SEVENTH
BROWNSVILLE TEXAS
956 544 3352
BAR NO 20585450
Federal Id no 3903
ATTORNEY FOR PLAINTIFFS

Certificate of Service

I Hereby certify that a true and correct copy of the foregoing has been faxed to the Cameron County Attorney's office on this the 4th day of April, 2003 at 4:40 pm.

_____
Albert Villegas

STATE OF TEXAS )
COUNTY OF CAMERON )

    Shane Wilson, being duly sworn, deposes and says; that he is the Petitioner in the above entitled cause, that he has read the foregoing Original Petition and Application for Temporary Restraining Order and and knows the contents thereof, and that the same is true of his own knowledge. I am over the age of eighteen years of age and competent to state the following.

    I reside on South Padre Island, Texas. I am registered to vote and intended to vote in the Special Election for State Representative 43, with early voting to begin on April 7, 2003. I expected to vote at my usual voting precinct. I have learned that there will not be a voting location in South Padre Island, Texas. I have also learned that the closest place to vote will be in Harlingen, Texas. Due to my work and family schedule, it will be either with extreme hardship and difficulty or impossible for me to travel to Harlingen to vote. I learned that Cameron County was going to have only Harlingen as the location to vote in the past 24 hours. I have spoken with other voting residents of South Padre Island and they have expressed the same problems in voting and likelihood they will not vote.

    I am asking the Court to Order the Cameron County to have at least one voting location on South Padre Island, Texas as they have had in the past. The following is true and correct and based on my own personal knowledge.

                                                                   SHANE WILSON

    SUBSCRIBED AND SWORN BEFORE ME, by the said Shane Wilson on this the 4th day of April, 2003.

                                                    Notary Public In and For
                                                    State of Texas



Robin S. Ochoa
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 03, 2005