IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2003 1:24p

Michael N. Milby, Clerk of Court

SHANE WILSON AND OTHERS          *
SIMILARLY SITUATED               *
                                 *
vs                               *   C.A. NO. B 03 66
                                 *
CAMERON COUNTY

## UNOPPOSED MOTION TO DISMISS

Comes now Plaintiff who files this his Unopposed Motion to Dismiss and would respectfully show the Court as follows:

I

Plaintiff and Defendant have resolved all matters in controversy as reflected in Exhibit A. The issues before the Court had to do with the failure to place polling places on or near South Padre Island.

Wherefore Plaintiff prays that the Court dismiss this Matter as the matters in controversy have been resolved

RESPECTFULLY SUBMITTED

_____
ALBERT VILLEGAS
1324 EAST SEVENTH
BROWNSVILLE TEXAS
956 544 3352
BAR NO 20585450
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of the foregoing has been sent this _____ day of April , 2003.

_____
ALBERT VILLEGAS



**OFFICE OF**
# JOE G. RIVERA
**CAMERON COUNTY CLERK**
P O BOX 2178
Brownsville, Texas 78522

**THE STATE OF TEXAS** §

**COUNTY OF CAMERON** §

I, Joe G. Rivera, County Clerk and Ex-Officio Clerk of the Commissioners' Court of Cameron County, Texas, do hereby certify that the attached and foregoing is a full, true and correct copy of the matter regarding **"CONSIDERATION AND APPROVAL OF THE AMENDED POLING PLACES FOR EARLY VOTING AND ON ELECTION DAYS AS LISTED ON ATTACHMENT "A"**, considered and **APPROVED on APRIL 8, 2003**, as it appears on, Record in the Minutes of said Court. In testimony whereof, witness my hand and the Seal of said Court at Office in the City of Brownsville, Texas, this 8th day of April 2003.

JOE G. RIVERA
County Clerk and Ex-Officio
Clerk of the Commissioners' Court

BY _____
Mary Robles
Deputy Clerk

Ex A

# Amended
# Notice Of Early Voting At Branch Polling Places For The Special Election To Be Held On April 15, 2003

*Early voting by personal appearance will be conducted for the Special Election at the following locations, dates and times.*

| LOCATION | ADDRESS | DATES | TIMES |
|---|---|---|---|
| Main Office | Cameron County Courthouse Old Sheriff's Office 954 E. Harrison Brownsville, Texas | April 7 to April 11 | 8:00 a.m. To 8:00 p.m. |
| Harlingen County Building | 608 E. Harrison Harlingen, Texas | April 7 to April 11 | 8:00 a.m. To 8:00 p.m. |
| La Feria Fire Station | 115 E. Commercial La Feria, Texas | April 7 to April 11 | 8:00 a.m. To 8:00 p.m. |
| City Hall | 4501 Padre Island Blvd. So. Padre Island, Texas | April 9 to April 11 | 8:00 a.m. To 8:00 p.m. |
| Port Isabel High School | Highway 100 Laguna Heights, Texas | April 9 to April 11 | 8:00 a.m. To 8:00 p.m. |

Rogelio Ortiz
Elections Administrator