IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SHANE WILSON AND OTHERS  *
SIMILARLY SITUATED        *
                          *
vs                        *   C.A. NO. B 03 66
                          *
CAMERON COUNTY

United States District Court
Southern District of Texas
ENTERED
Filed
APR 0 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
ENTERED
APR 1 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

Came on to be heard the 8th day of April, 2003, the Unopposed Motion To Dismiss the Complaint previously filed.

IT IS ORDERED the Unopposed Motion to Dismiss this Cause of Action is granted.

Signed this 8th day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE